UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
IN RE: LOWER MANHATTAN DISASTER SITE     :     21 MC 102 (AKH)
LITIGATION                                :
:
:
------------------------------------------------------------- X
:
NELSON VELEZ (AND WIFE, YOLANDA V.       :     08-CV-2732 (AKH)
NELLY),                                   :
:
                Plaintiff,     :
:
-against-                                 :
:
FGP 90 WEST STREET INC., HILLMAN         :     **FGP 90 WEST STREET,**
ENVIRONMENTAL GROUP, LLC., KIBEL         :     **INC.'S NOTICE OF**
COMPANIES, AND VERIZON NEW YORK, INC,    :     **ADOPTION OF ANSWER TO**
ET AL                                     :     **MASTER COMPLAINT**
:
                Defendants.    :
------------------------------------------------------------- X

      PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
July 28, 2008

By:    s/ Keara M. Gordon
Keara M. Gordon
Michael D. Hynes
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501
keara.gordon@dlapiper.com

Robert J. Mathias (admitted *pro hac vice*)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*